UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL CARMEN CORTES-REYES,<br>    Plaintiff,<br>v.<br>ENRIQUE HERRERA CARRASCO, *et al.*,<br>    Defendants. | Case No.: 2:25-cv-00323-GMN-NJK<br><br>**Order**<br><br>[Docket No. 11] |

      Pending before the Court is the parties' stipulation to extend case management deadlines by 90 days. Docket No. 13.

      A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).[1]

      A request to extend case management deadlines must provide a "statement specifying the discovery completed." Local Rule 26-3. To allow the Court to make a proper determination of whether the parties have been diligent throughout the discovery period, this statement must include the dates on which all discovery occurred. Such information is absent here. *See* Docket No. 11 at 2. Therefore, the Court cannot determine whether the parties have been diligent.[2]

---

[1] That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

[2] Further, one of the reasons the parties seek relief is because they are "discussing setting a mediation." *Id*. at 3. It is well-settled that the existence of settlement talks or alternative dispute

1

1  Accordingly, the stipulation is **DENIED** without prejudice.  Docket No. 11.

2  IT IS SO ORDERED.

3  Dated: May 12, 2025

Nancy J. Koppe<br>
United States Magistrate Judge

---

resolution is generally insufficient to establish good cause for extension of the case management deadlines. *Williams.*, 627 F. Supp. 3d at 1181.