# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIA DEL CARMEN CORTES-REYES,

    Plaintiff,

v.

ENRIQUE HERRERA CARRASCO, *et al.*,

    Defendants.

Case No.: 2:25-cv-00323-GMN-NJK

**Order**

[Docket No. 13]

Pending before the Court is the parties' stipulation to extend discovery deadlines for 90 days. Docket No. 13.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The diligence obligation is ongoing." *Morgal v. Maricopa Cnty. Bd. of Supervisors*, 284 F.R.D. 452, 460 (D. Ariz. 2012). The showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See Muniz v. United Parcel Serv., Inc.*, 731 F.Supp.2d 961, 967 (N. D. Cal. 2010) (quoting *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 607 (E. D. Cal. 1999)). That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022)

Here, the parties have failed to demonstrate diligence. The Court issued the scheduling order in this case on March 31, 2025. Docket No. 10. The parties have conducted little affirmative discovery. Docket No. 13 at 2.

Nonetheless, as a <u>one-time courtesy</u>, the Court will allow a 60-day extension.  The parties must diligently conduct discovery.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part.  Docket No. 13.

Deadlines are **RESET** as follows:

- Amend pleadings: July 28, 2025
- Initial expert: August 25, 2025
- Rebuttal expert: September 26, 2025
- Discovery cutoff:  October 24, 2025
- Dispositive motions:  November 24, 2025
- Joint proposed pretrial order:  December 23, 2025, 30 days after resolution of dispositive motions, or further order of the Court

Any future request to extend discovery deadlines must include a robust showing of diligence.

IT IS SO ORDERED.

Dated: May 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge