**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIA DEL CARMEN CORTES-REYES,

    Plaintiff,

v.

ENRIQUE HERRERA CARRASCO, *et al.,*

    Defendants.

Case No.: 2:25-cv-00323-GMN-NJK

**Order**

[Docket Nos. 17, 18]

Pending before the Court is the parties' stipulation to extend discovery deadlines by 60 days, Docket No. 17, which is **GRANTED**. The Court **DENIES** the parties' stipulation at Docket No. 18 as moot.

Deadlines are **RESET** as follows:

- Initial expert disclosures: October 24, 2025
- Rebuttal expert disclosures: November 25, 2025
- Discovery cutoff:  December 23, 2025
- Dispositive motions:  January 23, 2026
- Joint proposed pretrial order:  February 23, 2026, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: August 1, 2025

_____
Nancy J. Koppe
United States Magistrate Judge