MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendants
ENRIQUE HERRERA CARRASCO and
EMPIRE TRUCKING CORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL CARMEN CORTES-REYES, <br><br> Plaintiff, <br><br> vs. <br><br> ENRIQUE HERRERA CARRASCO, individually, EMPIRE TRUCKING CORP, a corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00323-GMN-NJK <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MARIA DEL

CARMEN CORTES-REYES ("Plaintiff"); and Defendants ENRIQUE HERRERA CARRASCO

and EMPIRE TRUCKING CORP ("Defendants"), by and through their respective undersigned

counsel of record, that Plaintiff's Complaint, including all claims and causes of action alleged

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

-1-

therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

DATED this 24th day of June 2026.

PACIFIC WEST INJURY LAW

/s/ Kirill V. Mikhaylov
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
8180 Rafael Rivera Way, #200
Las Vegas, Nevada 89113

Attorneys for Plaintiff
MARIA DEL CARMEN CORTES-REYES

DATED this 24th day of June 2026.

THORNDAL ARMSTRONG, PC

/s/ Michael C. Hetey
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101

Attorneys for Defendants
ENRIQUE HERRERA CARRASCO and
EMPIRE TRUCKING CORP

## ORDER

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

IT IS SO ORDERED.

**DATED** this __7__ day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court

-2-